IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>               Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>               Plaintiff,<br>vs.<br><br>RICKI DEAN WIGGS a/k/a RICKI WIGGS,<br><br>               Defendant. | Adversary Proceeding<br><br>Case No. 19-51003 (JKS) |

**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING**

Plaintiff Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, and defendant Rick Dean Wiggs a/k/a Ricki Wiggs (together, the "Parties"), have entered into a settlement agreement that resolves the claims asserted in the above-captioned adversary proceeding. Accordingly, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this adversary proceeding, with each party to bear its own attorneys' fees and costs.

STIPULATED AND AGREED:

| | |
|---|---|
| Dated: July 22, 2022 | Dated: July 22, 2022 |
| PACHULSKI STANG ZIEHL & JONES LLP | JOYCE LLC |
| */s/ Colin R. Robinson* | */s/ Michael J. Joyce* |
| Bradford J. Sandler (DE Bar No. 4142) | Michael J. Joyce (DE Bar No. 4563) |
| Andrew W. Caine (CA Bar No. 110345) | 1225 King Street, Suite 800 |
| Colin R. Robinson (DE Bar No. 5524) | Wilmington, DE 19801 |
| 919 North Market Street, 17th Floor | Telephone: (302) 388-1944 |
| P.O. Box 8705 | Email: mjoyce@mjlawoffices.com |
| Wilmington, DE 19899-8705 (Courier 19801) | |
| Telephone: (302) 652-4100 | *Counsel to Defendant, Ricki Dean Wiggs* |
| Facsimile: (302) 652-4400 | |
| Email: bsandler@pszjlaw.com | |
|     acaine@pszjlaw.com | |
|     crobinson@pszjlaw.com | |
| | |
| *Counsel to Plaintiff* | |